IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHARLES F & MARY K CIPOLLA | ) |
| | ) |
| Fifth Third Mortgage Company, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 10B33636 |
| | ) JUDGE A. Benjamin Goldgar |
| CHARLES F & MARY K CIPOLLA, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

   Now comes Fifth Third Mortgage Company, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:
  1. The Debtor is due for the October 2009 contractual payment and all those thereafter.
  2. The following is an itemization of the amounts due on the loan as of April 11, 2011:

| | |
|---|---:|
| a. Payments (10/09 – 6/11 =  21 @ $2,148.62) | $45,121.02 |
| b. Accrued Late Charges | $1,297.32 |
| c. Property Inspection | $207.00 |
| d. Corporate Advance as of May 27, 2011 | $80.00 |
| e. Foreclosure & Bankruptcy Attorney Fees & Costs | $3,274.00 |
| f. Property Maintenance/Brokers Price Opinion | $1,614.00 |
| Total | $51,593.34 |

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Fifth Third Mortgage Company rights to collect these amounts will be unaffected.

                            Respectfully Submitted,
                            Fifth Third Mortgage Company

                            /s/Lydia Y. Siu
                            Lydia Y. Siu
                            ARDC#6288604
                            Pierce and Associates, P.C.
                            1 North Dearborn
                            Suite 1300
                            Chicago, Illinois 60602
                            (312)346-9088